# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| **JALLOW PAPA,** Petitioner | **CIVIL DOCKET NO. 1:20-CV-01021-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN,** Respondent | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation (ECF No. 3) of the Magistrate Judge previously filed herein, and after a *de novo* review of the record including the Response in Support filed by Petitioner (ECF No. 7), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Petitioner's Motion for Temporary Restraining Order enjoining Respondents from transferring him from LaSalle Correctional Center while his § 2241 Petition is pending is DENIED.

THUS DONE AND SIGNED in Chambers, this 9th day of September, 2020.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE