UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JALLOW PAPA, A#201 427 276,** **Plaintiff** | **CIVIL DOCKET NO. 1:20-CV-01021-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN OF LASALLE CORRECTIONAL CENTER, CHRISTOPHER FREDERICK, Defendant** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 13], and after a *de novo* review of the record, including the Response in Support filed by Plaintiff [ECF No. 7] and Defendant's Response [ECF No. 11], having determined that the findings of the Magistrate Judge are correct under the applicable law;

IT IS HEREBY ORDERED that the Plaintiff's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers, this 13th day of April 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE